WALTER D. VAN RIPER, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. SIDNEY SARNER, DEFENDANT-PETITIONER.

*Messrs. Back, Nussman & Rose* for the petitioner.

*Messrs. Van Riper & Belmont* for the respondent.

January 26, 1959. Denied.

WALTER E. HELLER & COMPANY, INC., PLAINTIFF-RE-
SPONDENT, v. THE HAMMOND APPLIANCE CO., INC.,
DEFENDANT-PETITIONER.

See same case below: 52 *N. J. Super.* 332.

*Messrs. Saltzman & Rubenstein* for the petitioner.

*Mr. Samuel B. Feld* for the respondent.

January 26, 1959. Granted.